UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPA ASSET MANAGEMENT SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER DE LA CAMPA, et al.,<br><br>Defendants. | Case No. 14-cv-02317-JSC<br><br>**ORDER DENYING EX PARTE MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 5 |

Now pending before the Court is Plaintiff Napa Asset Management Services LLC's motion to shorten time to hear Plaintiff's motion to remand. (Dkt. No. 5.) Plaintiff contends that its motion to remand must be heard much earlier than the 35-day time period provided in the Local Rules because it "will suffer substantial hardship if this Court hears the Motion on a normal briefing schedule." (*Id.* at 3.) Specifically, Plaintiff "is suffering prejudice and harm by the Defendant's rent-free possession of the property and mounting legal fees in trying to gain rightful possession to the property." (*Id.*) Defendants, who are proceeding pro se, have not opposed the motion or otherwise communicated with the Court.

Because Plaintiff's proffered reasons for seeking an expedited hearing are not materially different from the circumstances in most unlawful detainer cases, the Court DENIES Plaintiff's motion to shorten time. Pursuant to the present briefing schedule, Defendants' opposition to the motion to remand is due **no later than June 12, 2014**. The Court will take the matter under submission at that time.

**IT IS SO ORDERED.**

Dated: May 29, 2014

                                                                        _____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge